IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CARLOTTE DIVISION
3:13CV103

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| NC EYEWEAR INC., WILLIAM COLLINS, ) | |
| And FRAME DEJOUR II, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the court upon its own motion. The Court granted Plaintiff's *Ex Parte* Motion for Prejudgment Attachment and Temporary Restraining Order on February 20, 2013. Accordingly, the Court must schedule a hearing on Plaintiff's Motion for Preliminary Injunction within seven days. A hearing is therefore set for 3:30 p.m. on February 27, 2013 in Courtroom # 3, 401 West Trade Street, Charlotte, North Carolina.

Signed: February 20, 2013

Graham C. Mullen
United States District Judge