IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-103-GCM

EXPORT DEVELOPMENT CANADA, )
                Plaintiff, )
   v. )   ORDER GRANTING
                                             )   ADMISSION PRO HAC VICE
NC EYEWEAR INC., WILLIAM COLLINS,)
AND FRAME DEJOUR II, INC., )
                Defendants. )
                                             )

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David M. Mannion,** filed February 19, 2013 [doc.# 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Mannion is admitted to appear before this court *pro hac vice* on behalf of plaintiff, Export Development Canada.

**IT IS SO ORDERED.**

Signed: February 26, 2013

Graham C. Mullen
United States District Judge