IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No.: 3:13-cv-00103 (GCM)

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM COLLINS, NC EYEWEAR, )<br>INC., FRAME DEJOUR II, INC., )<br>OZARK ENTERPRISES, INC., )<br>MICHAEL BOWMAN, M. BOWMAN, )<br>LLC, and L & J BOYD ENTERPRISES, )<br>LLC, )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion to Dissolve Attachment and Preliminary Injunction and Authorize Release of Funds" (Docket No. 59) filed July 19, 2013. The undersigned, having carefully considered the motion, the record, and the applicable authority, and noting that Plaintiff Export Development Canada consents to the relief requested in the motion, hereby grants the motion.

**IT IS, THEREFORE ORDERED** that the "Consent Motion to Dissolve Attachment and Preliminary Injunction and Authorize Release of Funds" (Docket No. 59) is **GRANTED.** The Writ of Attachment (Docket No. 10) previously issued by this Court and any garnishments issued pursuant to the Writ of Attachment are hereby dissolved, vacated, and of no further effect. The Preliminary Injunction (Docket No. 53) previously issued by this Court is hereby dissolved, vacated, and of no further effect. The *lis pendens* filed by Export Development Canada on real property owned by William Collins and located at 14905 Alexander Place Drive, Huntersville,

North Carolina 28078-3215 is hereby vacated and of no further effect. Garnishee Aquesta Bank is directed to release funds being held in the account of NC Eyewear, Inc. over to the account holder. Garnishee First-Citizens Bank & Trust Company is directed to release funds being held in the accounts of William Collins, NC Eyewear, Inc., and/or Ozark enterprises, Inc. over to the respective account holders. The Clerk of Court is directed to release funds tendered by Aquesta Bank in the amount of $22,510.53 to NC Eyewear.

Signed: July 22, 2013

Graham C. Mullen
United States District Judge