IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13cv103

EXPORT DEVELOPMENT CANADA,
        Plaintiffs,
                          )
                          )
     v.                    )        **O R D E R**
                          )
WILLIAM COLLINS, NC EYEWEAR,
INC., FRAME DEJOUR II, INC.,
MICHAEL BOWMAN, M. BOWMAN,
LLC, AND L&J BOYD ENTERPRISES, LLC,
        Defendants.

      **THIS MATTER is** before the Clerk per Order of Honorable Graham C. Mullen, U.S. District Judge directing the Clerk to release funds tendered by Aquesta Bank in the amount of $22,510.53. These funds were deposited in the Court Registry Investment System and generated $1.44 in interest which is HEREBY ORDERED returned with the principle amount.

      The Order closes this case thus requiring the return of the bonds posted in this matter in the total amount of $4,500.00. It is HEREBY ORDERED that these bond monies be returned to Plaintiff Export Development Canada by certified mail to their attorney of record on the court's docket sheet.

Signed: July 30, 2013

_____
Frank G. Johns, Clerk
United States District Court